FILED
~~RECEIVED~~

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2023 JAN 31   PM 12: 4

CLERK, US DISTRICT COU[RT]
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

| | |
|---|---|
| ARCHIE BUTCHER,<br><br>Claimant,<br><br>vs.<br><br>SERVICE EMPLOYEES INT'L INC., INSURANCE CO. OF THE STATE OF PENNSYLVANIA c/o AIG CLAIMS, INC.<br><br>Employer/Carrier,<br><br>and<br><br>DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,<br><br>Party-In-Interest | M.D. Fla No. 3:23-cv-110-MMH-JBT<br><br>On appeal from the United States Department of Labor, Benefits Review Board<br><br>BRB No.   21-0075<br>OALJ No.   2018-LDA-00378<br>OWCP No.   02-181726 |

PETITION FOR JUDICIAL REVIEW

ON BEHALF OF PETITIONER/CLAIMANT, ARCHIE BUTCHER

TO THE HONORABLE COURT:

**Please take Notice** pursuant to the Longshore and Harbor Workers' Compensation Act, the Defense Base Act, and regulations corresponding thereto, Petitioner/Claimant, Archie Butcher, files this Notice of Appeal.

1

1. Archie Butcher is the Petitioner herein. Petitioner's address is 140 Goodson Road, Low Gap, North Carolina 27024.

2. Employer/carrier, Service Employees International, Incorporated, and Insurance Company of the State of Pennsylvania, are represented by Billy J. Frey of Thomas Quinn, LLP, 219 9th Street, Second Floor, San Francisco, California 94103, 817-789-4658,, 415-358-5868 (FAX), bfrey@thomasquinnlaw.com.

3. The Director, Office of Workers' Compensation Programs, is a Respondent herein. Respondent Director, Office of Workers' Compensation Programs, is represented by Mark A. Reinhalter, Esq., Counsel for Longshore, USDoL/OSoL/DBLLLS, 200 Constitution Avenue, N.W., Room N-2119, Washington, D.C. 20210, 202-693-5327, 202-693-5687 (FAX), reinhalter.mark@dol.gov.

4. The District Director of the United States Department of Labor, Office of Workers' Compensation Programs, Southern District, is David Duhon, whose mailing address for the Jacksonville, Florida office is USDOL OWCP/DLHWC, Charles E. Bennett Federal Building, 400 West Bay Street, Room 63A, Box 28, Jacksonville, Florida 32202.

5. Petitioner originally filed his timely appeal of the Administrative Law Judge's Decision and Order of October 22, 2020 (attached as Exhibit A).

6. On August 29, 2022, the Benefits Review Board issued a Decision and Order affirming the Administrative Law Judge's Decision and Order (attached as Ex. B). The order was served by Deanna Parker, Claims Examiner, Jacksonville Suboffice of the Southern District, U.S. Department of Labor.

7. Claimant filed a timely Motion for Reconsideration. On December 9, 2022 the Board issued an Order on Motion for Reconsideration En Banc denying the motion (attached as Exhibit C).

8. Petitioner appeals the Benefits Review Board's Decision and Order of August 29, 2022, and its Order on Motion for Reconsideration En Banc of December 9, 2022.

9. This Petition is timely filed pursuant to 33 U.S.C. § 921(c) as it is filed within sixty (60) days of the Order on Motion for Reconsideration En Banc. *See also* 20 C.F.R. § 802.410(a).

10. This Court has jurisdiction over this claim, as the original Decision and Order of the Administrative Law Judge was filed in, and served on the parties by Deanna Parker, Claims Examiner, of the Jacksonville, Florida Suboffice of the Southern District, Office of

Workers' Compensation Programs, U.S. Department of Labor. *See* 42 U.S.C. §1653(b); *see also ITT Base Servs. v. Hickson*, 155 F.3d 1272, 1275 (11th Cir. 1998) (holding that "judicial review of compensation orders arising under the [Defense Base Act] must be commenced in the district courts").

11. Petitioner has not filed a subsequent Motion for Reconsideration with the Benefits Review Board.

12. Petitioner, on this appeal, is represented by Norman Cole, of Brownstein Rask LLP, 1 SW Columbia Street, Suite 900, Portland, Oregon 97204, 503-412-6726 (direct), 503-221-1074 (FAX), ncole@brownsteinrask.com, who appears pro hac vice.

13. Trial counsel, who remains claimant's attorney for all purposes except with respect to this appeal is William Pulkington, Rendon and Associates, 8866 Gulf Freeway, Suite 140, Houston, Texas 77017, 832-228-0869, wpulkingham@sbcglobal.net.

/ / /

/ / /

/ / /

Petitioner respectfully requests this Honorable Court consult with counsel and thereafter issue a briefing schedule so Petitioner may more fully outline the basis for this appeal.

Respectfully submitted,

*/s/ Norman Cole*

Norman Cole
Of Attorneys for Claimant
Brownstein Rask LLP
Umpqua Bank Plaza
1 SW Columbia Street, Suite 900
Portland, Oregon 97204
T: 503-412-6726
F: 503-221-1074
Email: ncole@brownsteinrask.com