# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ARCHIE BUTCHER,

      Claimant,

v.                                                              Case No.  3:23-cv-110-MMH-SJH

SERVICE EMPLOYEES INT'L
INC. and INSURANCE CO. OF
THE STATE OF PENNSYLVANIA,
c/o AIG CLAIMS, INC.,

      Employer/Carrier,

and

DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,

      Party-In-Interest.

_____

## <u>O R D E R</u>

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 28; Report), entered by the Honorable Samuel J. Horovitz, United States Magistrate Judge, on January 7, 2025.  In the Report, Judge Horovitz recommends that the Court affirm the Benefits Review Board's decisions upholding the ALJ's decision and direct the Clerk of the Court to enter

-1-

judgment and close the file.  <u>See</u> Report at 21.  No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to."  <u>See</u> Rule 72(b)(3); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1).  However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions.  <u>See</u> 11th Cir. R. 3-1.[1]  As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice.  <u>See</u> <u>id.</u>; <u>see</u> <u>also</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a <u>de</u> <u>novo</u> or any other standard, when neither party objects to those findings."); <u>Dupree v. Warden</u>, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so.  <u>See</u> Report at 22.

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 28) is **ADOPTED** as the opinion of the Court.

2. The decisions of the Benefits Review Board upholding the ALJ's decision are **AFFIRMED**.

3. The Clerk of Court is directed to enter judgment affirming the Benefits Review Board's decisions, terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of February, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record